```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  OLUSERE OLOWOYEYE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:13-MJ-216 CKD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY |
| v. ) | HEARING |
| ) | |
| ROBERTO LUA-RAMOS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Dina Santos on behalf of Defendant Roberto Lua-Ramos, that the Preliminary Hearing scheduled for August 19, 2013, be continued to September 16, 2013, at 2:00 p.m.

The request to continue the preliminary hearing is made to: (1) allow counsel additional time to review discovery from the government, (2) conduct investigation and receive lab reports, and (3) reasonable time to prepare.

The government and defendants agree that an exclusion of time is appropriate under 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes

the period from August 19, 2013, up to and including September 16, 13.

Dina Santos agrees to this request and has authorized Assistant United States Attorney Olusere Olowoyeye to sign this stipulation on her behalf.

DATED: August 19, 2013        By: /s/ Olusere A. Olowoyeye
                                   OLUSERE A. OLOWOYEYE
                                   Assistant U.S. Attorney

DATED: August 19, 2013        By: /s/ Olusere Olowoyeye for
                                   DINA SANTOS
                                   Attorney for Defendant
                                   ROBERTO LUA-RAMOS

**IT IS HEREBY ORDERED**:

1. The preliminary hearing set for August 19, 2013, is continued to September 16, 2013, at 2:00 p.m., before Magistrate Judge Kendall J. Newman.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv), Rule 5.1, and Local Code T4 (reasonable time to prepare) from August 19, 2013, up to and including September 16, 2013.

IT IS SO ORDERED.

DATED: August 19, 2013.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
lua-ramos0216.stipord cont PE.wpd